1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   PATRICK WILLIAMS,                    1:07-cv-001349 LJO-NEW (DLB) (PC)

13          Plaintiff,                    ORDER TRANSFERRING CASE TO THE
                                          SACRAMENTO DIVISION OF THE EASTERN
14      vs.                              DISTRICT OF CALIFORNIA

15   C. P. ZAMUDIO, JR., et al.,

16          Defendants.

17   _____/

18          Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42

19   U.S.C.  § 1983.

20          In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

21   violations took place in Sacramento County, which is part of the Sacramento Division of the United

22   States District Court for the Eastern District of California.   Therefore, the complaint should have

23   been filed in the Sacramento Division.

24          Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper

25   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will

26   be transferred to the Sacramento Division.  Good cause appearing, IT IS HEREBY ORDERED that:

27          1. This action is transferred to the United States District Court for the Eastern District of

28   California sitting in Sacramento; and

                                          -1-

1      2.  All future filings shall refer to the new Sacramento case number assigned and shall be

2  filed at:

              United States District Court

3             Eastern District of California

              501 "I" Street, Suite 4-200

4             Sacramento, CA 95814

5     IT IS SO ORDERED.

6    **Dated:**    **September 28, 2007**          **/s/ Dennis L. Beck**

                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28